IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Azeez Sayfa Al-Din Bey

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CIRCLE K

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:23-cv-05521-RMG-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:　　☐ Yes　　☐ No
　　　　　　　　*(check one)*

RECEIVED USDC
CLERK, CHARLESTON, SC
2023 OCT 31　AM 10:37

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Azeez Sayfa Al-Din Bey
   Street Address: 18 Hanover St.
   City and County: Charleston, Charleston County
   State and Zip Code: South Carolina 29403
   Telephone Number: (509) 341-7996

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: CIRCLE K
   Job or Title (if known): Corporation
   Street Address: 1100 SITUS COURT SUITE 100
   City and County: Raleigh
   State and Zip Code: North Carolina 27606
   Telephone Number: (919) 774-6700

   Defendant No. 2
   Name: CIRCLE K
   Job or Title (if known): Corporation
   Street Address: 1968 Meeting St.
   City and County: Charleston
   State and Zip Code: South Carolina 29405
   Telephone Number: (843) 722-9932

   Defendant No. 3
   Name:

2

|                          |                          |
|--------------------------|--------------------------|
| Job or Title (if known)  | _____   |
| Street Address           | _____   |
| City and County          | _____   |
| State and Zip Code       | _____   |
| Telephone Number         | _____   |

Defendant No. 4

|                          |                          |
|--------------------------|--------------------------|
| Name                     | _____   |
| Job or Title (if known)  | _____   |
| Street Address           | _____   |
| City and County          | _____   |
| State and Zip Code       | _____   |
| Telephone Number         | _____   |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Zodiac Constitution Article 4; United Nations Declaration on the Rights of Indigenous Peoples Article(s) 2, 6, 8; 18 USC § 242; 42 USC § 1983; 37 Public Law 93-579

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Azeez Soufa Ali Dia Bey is a citizen of the State of *(name)* Moorish National Aboriginal/Indigenous North Amexem

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* CIRCLE K, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* North Carolina. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____
    _____
    _____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I filled out an online application on 9-25-2023 for Customer Service Representive. I have a short interview with store manager at 1968 Meeting St. I explained I was Aboriginal/Indigenous and did not possess, nor need a SSN to get a job. I am tax exempt. Application was → see attached

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking damages in the amount of $1,000,000. For the blatant denial of employment base upon my National Origin to be a foreign national and a sovereign. Also my religious belief has been discriminated against. I practice ISLAM.

5

cont.

III Statement of Claim

then passed on to corporate. I faxed a copy of my Free Sovereign Moorish Nationality Identification Card complete with Federal Certificate #, and a "Notice To Workers and Employees Regarding Possession an Use of Social Security Numbers." Seven days later I called the HR Department and spoke with Joshua. He agreed with the tax exemption as far as utilizing a 1099/1-a form. But I have been denied a job til this day. But I have seen at least 3 new employees in the same position I applied for at this same location since my conversation with Joshua.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/28, 2023.

Signature of Plaintiff     *Azeez Sayfa Al-Din Bey*
Printed Name of Plaintiff  Azeez Sayfa Al-Din Bey

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
E-mail Address             _____

6